**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1170**

JAMES A. ZELLINGER,

Plaintiff - Appellant,

versus

CONTROL SERVICES, INCORPORATED, a Louisiana
Corporation; LUV N' CARE, LIMITED, a Louisiana
Corporation; N. E. HAKIM, an Individual,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge.  (CA-01-3)

Submitted:  July 23, 2003          Decided:  August 27, 2003

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Zellinger, Appellant Pro Se. John L. Monroe, Jr., Florence
Valerie Rusk, FORD & HARRISON, Atlanta, Georgia; Grayson Lawrence
Reeves, Jr., Charles Atlee Madison, PATTERSON, DILTHEY, CLAY &
BRYSON, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Zellinger seeks to appeal the district court's order transferring his case to the Western District of Louisiana because the district court lacked personal jurisdiction over the Appellees. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Zellinger seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See In re Carefirst of Md., Inc., 305 F.3d 253, 262 (4th Cir. 2002). Accordingly, we grant Appellees' motion to dismiss the appeal for lack of jurisdiction. We deny Zellinger's motion to file a formal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2